FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 29 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
PHILIP JOHNSON,

                       Plaintiff,

   -against-

STATE OF NEW YORK, CITY OF NEW YORK,
N.Y. ADMINISTRATION FOR CHILDREN'S
SERVICES, N.Y. DEPARTMENT OF SOCIAL
SERVICES, N.Y. QUEENS COUNTY FAMILY
COURT, POLICE DEPARTMENT OF THE CITY
OF N.Y., BAYSIDE HIGH SCHOOL COUNSELOR
also known as JANE DOE, POLICE OFFICER also
known as JANE DOE, POLICE OFFICER also
known as JOHN DOE, QUEENS
ADMINISTRATION FOR CHILDREN'S
SERVICES "CASE WORKERS" also known as
KAGAN, POLLACK, PIERRE-LOUIS, SALINAS,
POLICE OFFICER also known as JOHN DOE,
NOTARY PUBLIC AND DEPUTY CLERK OF
THE COURT also known as ERIC PERLMUTTER,
COMMISSIONER ADMINISTRATION FOR
CHILDREN'S SERVICES also known as JOHN B.
MATTINGLY, COMMISSIONER/CHANCELLOR
OF THE BOARD OF EDUCATION also known as
JOHN DOE, COMMISSIONER OF DEPARTMENT
OF SOCIAL SERVICES also known as HON.
VERNA EGGLESTON, FAMILY COURT JUDGES
also known as MARYBETH S. RICHROATH also
known as WANDA WARDLAW MATTHEWS,
LEGAL AID SOCIETY OF N.Y. "CHILDREN'S
LAWYER" also known as NADIA SEERATAN, and
"ATTORNEYS" also known as MARISA
PRESTIANNI also known as MARGARET HUNT
also known as HEIDI LUNA,

                       Defendants.
----------------------------------------------------------x

MEMORANDUM & ORDER

10-CV-2210 (ENV)(LB)

VITALIANO, D.J.

    The Clerk of the Court is directed to amend the caption in this case as follows: first,

defendants "Case Workers" (Kagan, Pollack, Pierre-Louis, and Salinas) at Queens Administration for Children's Services are to be listed as separate defendants on the docket. Second, defendants Family Court Judges (Marybeth S. Richroath and Wanda Wardlaw Matthews) are to be listed as individual defendants on the docket. Finally, defendants "Attorneys" (Marisa Prestianni, Margaret Hunt, and Heidi Luna) are to be listed as individual defendants on the docket.

SO ORDERED.

Dated: Brooklyn, New York
June 29, 2010

ERIC N. VITALIANO
United States District Judge